L R Civ P 3.5 Form (06/08/2017)

# UNITED STATES DISTRICT COURT

_____Southern_____            **District of**    _____West Virginia, Division: HUNTINGTON_____

_Melba Kelly_

v.

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND COSTS**

CASE NUMBER:    3:24-cv-00621

_Pfizer Inc._

I, ___Melba Kelly_____ declare that I am the (check appropriate box)

☒ plaintiff/petitioner/movant           ☐ appellant          ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915, I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion/notice of appeal.

In support of this application, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated?      ☐ Yes  (If "Yes," go to # 3)      ☒ No  (If "No," go to # 2)

    If "Yes," state the place of your incarceration        _____

    Are you employed at the institution? _____  Do you receive any payment from the institution?_____

    Have the institution fill out the Certificate portion of this application and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2.  Are you currently employed?       ☒ Yes (If "Yes," go to # 2.a)     ☐ No   (If "No," go to # 2.b)

    a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  _2500_

    b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3.  In the past 12 twelve months have you received any money from any of the following sources?

    | | | | | |
    |---|---|---|---|---|
    | a. | Business, profession or other self-employment | ☐ | Yes | ☒ No |
    | b. | Rent payments, interest or dividends | ☐ | Yes | ☒ No |
    | c. | Pensions, annuities or life insurance payments | ☐ | Yes | ☒ No |
    | d. | Disability or workers compensation payments | ☐ | Yes | ☒ No |
    | e. | Gifts or inheritances | ☐ | Yes | ☒ No |
    | f. | Any other sources | ☐ | Yes | ☒ No |

    If you answered **"Yes"** to any portion of question #3, describe each source of money and state the amount received and what you expect you will continue to receive.

4.  Do you have **any** cash or checking or savings accounts?    ☒ Yes        ☐ No

If "Yes," state the total amount.  ___2500.___

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes        ☒ No

If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

2 kids.    100%

7.  I do hereby stipulate that the recovery, if any, obtained in this action shall be paid to the Clerk of Court, who shall pay therefrom, all unpaid costs taxed against plaintiff and pay the balance to plaintiff and/or his/her attorney, if any.

I declare under penalty of perjury that the above information is true and correct.

___10/30/24___          _____
Date                              Signature of Applicant

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $_____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit_____.
I further certify that during the past six months the applicant's average balance was $ _____, and the average of monthly deposits was $ _____.

_____          _____
Date                              Signature of Authorized Officer